IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THERESA GARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:17-cv-01994-JAR |
| vs. ) | |
| ) | |
| FAIR COLLECTIONS & OUTSOURCING, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice as to all Defendants, without prejudice to the members of the putative class other than the named Plaintiff, and with each party to bear its own costs.

No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted,

/s/ Nathan D. Sturycz              /s/ Michael S. Hamlin   (w/ consent)

Nathan D. Sturycz, #61744MO        Michael S. Hamlin
Sturycz, LLC                       Pitzer Snodgrass, P.C.
100 North Main Street, Suite 11    100 S. Fourth Street, Suite 400
Edwardsville, IL 62025             St. Louis, MO 63102
Telephone: (877) 314-3223          Telephone: (314) 421-5545
Fax: (314) 667-2733                Fax: (314) 421-3144
nathan@sturyczlaw.com              *Attorney for Defendant*
*Attorney for Plaintiff*

So Ordered
John A. Ross
11/14/2017

_____
SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record on November 13, 2017.

/s/ Nathan D. Sturycz
_____